# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MANFRED LOEWY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:10-CV-04193-RWS-JFK |
| COLLECTCORP CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF PENDING SETTLEMENT

Defendant Collectcorp Corporation, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file appropriate dismissal documents with the Court.

[SIGNATURE ON NEXT PAGE]

Respectfully submitted, this 28th day of February, 2011.

            HALL, BOOTH, SMITH & SLOVER, P.C.

            */s/ Michael J. Jacobs*
            MICHAEL J. JACOBS
            Georgia Bar No. 388288

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303
(404) 954-5000       *Attorney for Defendant*
(404) 954-5020 facsimile    *Collectcorp Corporation*

2

## LOCAL RULE 7.1(D) CERTIFICATION

I hereby certify that the within and foregoing *Notice of Pending Settlement* was prepared using Times New Roman 14-point font, which is one of the font and point selections approved by the Court in Local Rule 5.1(C).

This 28th day of February, 2011.

            HALL, BOOTH, SMITH & SLOVER, P.C.

            */s/ Michael J. Jacobs*
            MICHAEL J. JACOBS
            Georgia Bar No. 388288

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303
(404) 954-5000      *Attorney for Defendant*
(404) 954-5020 facsimile   *Collectcorp Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused a copy of the within and foregoing *Notice of Pending Settlement* to be served upon Plaintiff via CM/ECF and by depositing a true and correct copy of same in the United States first class mail, in a properly addressed envelope with adequate postage affixed thereon, to ensure delivery to:

>Steven Howard Koval, Esq.
>The Koval Firm, LLC
>15 Piedmont Center
>3575 Piedmont Road, Suite 1020
>Atlanta, GA  30305

This 28th day of February, 2011.

HALL, BOOTH, SMITH & SLOVER, P.C.

*/s/ Michael J. Jacobs*
MICHAEL J. JACOBS
Georgia Bar No. 388288

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303
(404) 954-5000              *Attorney for Defendant*
(404) 954-5020 facsimile    *Collectcorp Corporation*