UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MANFRED LOEWY,<br><br>       Plaintiff,<br>v.<br><br>COLLECTCORP CORPORATION,<br><br>       Defendant. | Civil Action File No:<br><br>1:10-cv-04193-RWS-JFK |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff in the above style action and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) files this notice of voluntary dismissal, dismissing all claims and causes of action asserted in the above styled action with prejudice. Defendant has not served an answer or motion for summary judgment.

Respectfully submitted this 9th day of March, 2011.

THE KOVAL FIRM, LLC

By:   s/Steven H. Koval
Steven H. Koval
Georgia Bar No. 428905
3575 Piedmont Rd.
Bldg. 15, Suite 1020
Atlanta, GA 30305
(404) 513-6651
SHKoval@aol.com
*Counsel for Plaintiff*